IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Glen Strickland, Jr., | ) |
| Plaintiff, | ) C.A. No.: 9:15-cv-275-PMD-BM |
| v. | ) **ORDER** |
| Lt. Troy Turner, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff Glen Strickland, Jr.'s objections to United States Magistrate Judge Bristow Marchant's Supplemental Report and Recommendation ("R & R") (ECF Nos. 73 & 70). In the R & R, the Magistrate Judge recommends that this Court deny Defendant Kenny and Turner's Rule 12(b)(6) motion to dismiss. Strickland contends the R & R inaccurately recites several allegations from his original and amended complaints. The Court has carefully reviewed the pleadings and sees nothing erroneous in the R & R's description of Strickland's allegations.

In accordance with *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005), the Court has reviewed the remainder of the R & R for clear error. Seeing none, the Court adopts the R & R. Accordingly, Defendant Kenny and Turner's motion to dismiss (ECF No. 43) is **DENIED**.

**AND IT IS SO ORDERED.**

*[signature]*
PATRICK MICHAEL DUFFY
United States District Judge

**July 25, 2016**
**Charleston, South Carolina**